UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| In re: JIMENEZ, JESUS | § | Case No. 09-06356 |
|---|---|---|
| JIMENEZ, REBECA | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on October 28, 2010 in Courtroom 619**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  September 29, 2010            By:  /s/ Richard M. Fogel
                                              Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JIMENEZ, JESUS                     §    Case No. 09-06356
       JIMENEZ, REBECA                    §
                                          §
Debtor(s)                                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,002.40 |
| *and approved disbursements of* | $ 1.92 |
| *leaving a balance on hand of* [1] | $ 8,000.48 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                       *Proposed Payment*
                              N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | RICHARD M. FOGEL | $ 1,550.24 | $ 17.40 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Case 09-06356    Doc 60    Filed 09/29/10    Entered 10/01/10 23:38:31    Desc Imaged
Certificate of Service    Page 3 of 6

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,707.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PRA Receivables Management, LLC | $ 25,147.70 | $ 1,575.08 |
| 2 | PRA Receivables Management, LLC | $ 13,819.47 | $ 865.55 |
| 3 | American Express Centurion Bank | $ 135.86 | $ 8.51 |
| 4 | American Express Bank FSB | $ 6,933.57 | $ 434.27 |
| 5 | Chase Bank USA, N.A. | $ 798.46 | $ 50.01 |
| 6 | Roundup Funding, LLC | $ 7,200.26 | $ 450.97 |
| 7 | Roundup Funding, LLC | $ 21,987.40 | $ 1,377.13 |
| 8 | PRA Receivables Management, LLC | $ 261.84 | $ 16.40 |
| 9 | eCAST Settlement Corporation assignee of Capital | $ 1,645.31 | $ 103.05 |
| 10 | Chase Bank USA, N.A. | $ 2,560.60 | $ 160.38 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| 11 | FIA CARD SERVICES, N.A. | $ | 4,501.69 | $ | 281.95 |
| 12 | FIA CARD SERVICES, N.A. | $ | 8,594.97 | $ | 538.33 |
| 13 | Chase Bank USA, N.A. | $ | 9,120.05 | $ | 571.21 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: csimmons              Page 1 of 1                  Date Rcvd: Sep 29, 2010
Case: 09-06356                Form ID: pdf006             Total Noticed: 22

The following entities were noticed by first class mail on Oct 01, 2010.
db/jdb        +Jesus Jimenez,    Rebeca Jimenez,    5216 S. Kostner,    Chicago, IL 60632-4623
aty           +Steven Schmall,    Katz Law Offices,    4105 W. 26 Street,    Chicago, IL 60623-4313
tr            +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
13576175       American Express,    Box 0001,    Los Angeles, CA 90096-8000
13804920       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13804888       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13576176      +At&t Universal Card,    Processing Center,    Des Moines, IA 50363-0001
13576177       Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
13576178      +Bill Me Later,    P.O. Box 105658,    Atlanta, GA 30348-5658
13576179       Capital One Bank (USA), N.A.,    P.O. Box 6492,    Carol Stream, IL 60197-6492
13576180       Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
14424159       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13857735      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14080293      +FIA CARD SERVICES, N.A.,    ATTN. MR. BK,    1000 Samoset Drive,    DE5-023-03-03,
               Newark, DE 19713-6000
13772421      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Citibank,
               POB 41067,    NORFOLK VA 23541-1067
13967325      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Shell,
               POB 41067,    NORFOLK VA 23541-1067
13576182       Shell Card Center,    P.O. Box 689151,    Des Moines, IA 50368-9151
13576183       TCF Bank,    7400 S. Cicero,    Bedford Park, IL 60629-5819
13970286       eCAST Settlement Corporation assignee of Capital,    One Bank,    POB 35480,    Newark NJ 07193-5480
14019623       eCAST Settlement Corporation assignee of Chase,    Bank USA NA,    POB 35480,
               Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Sep 29, 2010.
13576181       E-mail/PDF: cr-bankruptcy@kohls.com Sep 30 2010 02:35:16      Kohls Payment Center,
               P.O. Box 2983,    Milwaukee, WI 53201-2983
13929222       E-mail/PDF: BNCEmails@blinellc.com Sep 30 2010 02:36:22      Roundup Funding, LLC,   MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2010**                    **Signature:** *Joseph Speetjens*