**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: JIMENEZ, JESUS § Case No. 09-06356
  JIMENEZ, REBECA §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $302,816.00 *(without deducting any secured claims)* | Assets Exempt: $42,616.00 |
| Total Distribution to Claimants: $6,432.95 | Claims Discharged Without Payment: $97,230.37 |
| Total Expenses of Administration: $1,569.56 | |

   3) Total gross receipts of $ 8,002.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,002.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,569.57 | 1,569.56 | 1,569.56 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 101,693.00 | 102,707.18 | 102,707.18 | 6,432.95 |
| **TOTAL DISBURSEMENTS** | $101,693.00 | $104,276.75 | $104,276.74 | $8,002.51 |

    4)  This case was originally filed under Chapter 7 on February 26, 2009. The case was pending for 21 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/01/2010          By: /s/RICHARD M. FOGEL
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles and other vehicles | 1129-000 | 8,000.00 |
| Interest Income | 1270-000 | 2.51 |
| **TOTAL GROSS RECEIPTS** | | **$8,002.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,550.25 | 1,550.24 | 1,550.24 |
| RICHARD M. FOGEL | 2200-000 | N/A | 17.40 | 17.40 | 17.40 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.92 | 1.92 | 1.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,569.57 | 1,569.56 | 1,569.56 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PRA Receivables Management, LLC | 7100-000 | 25,147.70 | 25,147.70 | 25,147.70 | 1,575.10 |
| 2 | PRA Receivables Management, LLC | 7100-000 | 13,428.72 | 13,819.47 | 13,819.47 | 865.57 |
| 3 | American Express Centurion Bank | 7100-000 | 135.86 | 135.86 | 135.86 | 8.51 |
| 4 | American Express Bank FSB | 7100-000 | 6,717.32 | 6,933.57 | 6,933.57 | 434.28 |
| 5 | Chase Bank USA,N.A | 7100-000 | 798.46 | 798.46 | 798.46 | 50.01 |
| 6 | Roundup Funding, LLC | 7100-000 | 7,161.26 | 7,200.26 | 7,200.26 | 450.98 |
| 7 | Roundup Funding, LLC | 7100-000 | 21,396.29 | 21,987.40 | 21,987.40 | 1,377.15 |
| 8 | PRA Receivables Management, LLC | 7100-000 | 227.43 | 261.84 | 261.84 | 16.40 |
| 9 | eCAST Settlement Corporation assignee of Capital | 7100-000 | 1,645.31 | 1,645.31 | 1,645.31 | 103.05 |
| 10 | Chase Bank USA, N.A. | 7100-000 | 2,436.00 | 2,560.60 | 2,560.60 | 160.38 |
| 11 | FIA CARD SERVICES, N.A. | 7100-000 | 4,357.69 | 4,501.69 | 4,501.69 | 281.96 |
| 12 | FIA CARD SERVICES, N.A. | 7100-000 | 8,341.58 | 8,594.97 | 8,594.97 | 538.34 |
| 13 | Chase Bank USA, N.A. | 7100-000 | 8,943.24 | 9,120.05 | 9,120.05 | 571.22 |
| NOTFILED | Bill Me Later | 7100-000 | 956.14 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 101,693.00 | 102,707.18 | 102,707.18 | 6,432.95 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-06356  
**Case Name:** JIMENEZ, JESUS  
JIMENEZ, REBECA  
**Period Ending:** 12/01/10

**Trustee:** (330720)   RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 06/08/09 (c)  
**§341(a) Meeting Date:** 07/20/09  
**Claims Bar Date:** 11/20/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Real Property | 290,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Bank accounts | 66.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bank accounts | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household Goods and Furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 700.00 | 0.00 | DA | 0.00 | FA |
| 6 | Pension and Profit Sharing Plans | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Automobiles and other vehicles (See Footnote) | 13,000.00 | 8,000.00 | | 8,000.00 | FA |
| 8 | Automobiles and other vehicles | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Automobiles and other vehicles | 500.00 | 500.00 | DA | 0.00 | FA |
| 10 | Automobiles and other vehicles | 500.00 | 500.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.51 | FA |
| **11** | **Assets** Totals (Excluding unknown values) | **$315,816.00** | **$9,000.00** | | **$8,002.51** | **$0.00** |

RE PROP# 7   Sold to debtor for $8,000 per o/c 9-16-09

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010      **Current Projected Date Of Final Report (TFR):**   September 29, 2010 (Actual)

Printed: 12/01/2010 08:20 AM    V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-06356 | **Trustee:** | RICHARD M. FOGEL (330720) | |
| **Case Name:** | JIMENEZ, JESUS | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | JIMENEZ, REBECA | **Account:** | ***-*****82-65 - Money Market Account | |
| **Taxpayer ID #:** | **-***7822 | **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Period Ending:** | 12/01/10 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/15/09 | {7} | JESUS JIMENEZ | Initial payment for vehicle per o/c 9-15-09 | 1129-000 | 666.66 | | 666.66 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.01 | | 666.67 |
| 10/19/09 | {7} | JESUS & REBECA JIMENEZ | Installment payment | 1129-000 | 666.66 | | 1,333.33 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.03 | | 1,333.36 |
| 11/17/09 | {7} | JESUS & REBECA JIMENEZ | Installment payment | 1129-000 | 666.66 | | 2,000.02 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.06 | | 2,000.08 |
| 12/17/09 | {7} | REBECA AND JESUS JIMENEZ | Installment payment | 1129-000 | 666.66 | | 2,666.74 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.09 | | 2,666.83 |
| 01/20/10 | {7} | REBECCA JIMENEZ | Installment payment | 1129-000 | 666.66 | | 3,333.49 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.11 | | 3,333.60 |
| 02/10/10 | | To Account #********8266 | Account Transfer | 9999-000 | | 1.92 | 3,331.68 |
| 02/17/10 | {7} | REBECCA JIMINEZ | Installment payment | 1129-000 | 666.66 | | 3,998.34 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.13 | | 3,998.47 |
| 03/23/10 | {7} | REBECA JIMENEZ | Installment payment | 1129-000 | 666.66 | | 4,665.13 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.18 | | 4,665.31 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.03 | | 4,665.34 |
| 04/06/10 | | Wire out to BNYM account 9200******8265 | Wire out to BNYM account 9200******8265 | 9999-000 | -4,665.34 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1.92 | 1.92 | $0.00 |
| | | | Less: Bank Transfers | | -4,665.34 | 1.92 | |
| | | | **Subtotal** | | 4,667.26 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,667.26** | **$0.00** | |

{} Asset reference(s)

Printed: 12/01/2010 08:20 AM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-06356  
**Case Name:** JIMENEZ, JESUS  
JIMENEZ, REBECA  
**Taxpayer ID #:** **-***7822  
**Period Ending:** 12/01/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****82-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/10 |  | From Account #********8265 | Account Transfer | 9999-000 | 1.92 |  | 1.92 |
| 02/10/10 | 101 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 |  | 1.92 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | **1.92** | **1.92** | **$0.00** |
|  |  |  | Less: Bank Transfers |  | 1.92 | 0.00 |  |
|  |  |  | **Subtotal** |  | **0.00** | **1.92** |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$1.92** |  |

{} Asset reference(s)                                                                                    Printed: 12/01/2010 08:20 AM   V.12.54

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 09-06356  
**Case Name:** JIMENEZ, JESUS  
JIMENEZ, REBECA  
**Taxpayer ID #:** **-***7822  
**Period Ending:** 12/01/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******82-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8265 | Wire in from JPMorgan Chase Bank, N.A. account ********8265 | 9999-000 | 4,665.34 | | 4,665.34 |
| 04/19/10 | {7} | REBECA JIMENEZ | Installment payment | 1129-000 | 666.66 | | 5,332.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 5,332.23 |
| 05/25/10 | {7} | REBECA JIMENEZ | Installment payment | 1129-000 | 666.66 | | 5,998.89 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.33 | | 5,999.22 |
| 06/24/10 | {7} | REBECCA JIMENEZ | Installment payment | 1129-000 | 666.66 | | 6,665.88 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.35 | | 6,666.23 |
| 07/16/10 | {7} | REBECA JIMENEZ | Installment payment | 1129-000 | 666.66 | | 7,332.89 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.41 | | 7,333.30 |
| 08/19/10 | {7} | REBECA JIMENEZ | Final installment payment | 1129-000 | 666.74 | | 8,000.04 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.44 | | 8,000.48 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,000.54 |
| 10/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 8,000.59 |
| 10/27/10 | | To Account #9200******8266 | Close account and transfer for final distributions | 9999-000 | | 8,000.59 | 0.00 |

|   |   |   |
|---|---|---|
| **ACCOUNT TOTALS** | 8,000.59 | 8,000.59 | $0.00 |
| Less: Bank Transfers | 4,665.34 | 8,000.59 | |
| **Subtotal** | 3,335.25 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,335.25** | **$0.00** | |

{} Asset reference(s)

Printed: 12/01/2010 08:20 AM    V.12.54

## Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-06356  
**Case Name:** JIMENEZ, JESUS  
JIMENEZ, REBECA  
**Taxpayer ID #:** **-***7822  
**Period Ending:** 12/01/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******82-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/27/10 | | From Account #9200******8265 | Close account and transfer for final distributions | 9999-000 | 8,000.59 | | 8,000.59 |
| 10/29/10 | 10102 | PRA Receivables Management, LLC | 6.26% dividend on Claim # 1, Ref: 5398-4200-1263-3797 | 7100-000 | | 1,575.10 | 6,425.49 |
| 10/29/10 | 10103 | PRA Receivables Management, LLC | 6.26% dividend on Claim # 2, Ref: 5491-1300-0169-9347 | 7100-000 | | 865.57 | 5,559.92 |
| 10/29/10 | 10104 | American Express Centurion Bank | 6.26% dividend on Claim # 3, Ref: 3717-296109-11005 | 7100-000 | | 8.51 | 5,551.41 |
| 10/29/10 | 10105 | American Express Bank FSB | 6.26% dividend on Claim # 4, Ref: 3712-827632-41002 | 7100-000 | | 434.28 | 5,117.13 |
| 10/29/10 | 10106 | Chase Bank USA,N.A | 6.26% dividend on Claim # 5, Ref: 039-3789-078 | 7100-000 | | 50.01 | 5,067.12 |
| 10/29/10 | 10107 | Roundup Funding, LLC | 6.26% dividend on Claim # 6, Ref: 5490923060009213 | 7100-000 | | 450.98 | 4,616.14 |
| 10/29/10 | 10108 | Roundup Funding, LLC | 6.26% dividend on Claim # 7, Ref: 4417-1686-2560-7118 | 7100-000 | | 1,377.15 | 3,238.99 |
| 10/29/10 | 10109 | PRA Receivables Management, LLC | 6.26% dividend on Claim # 8, Ref: 297-366-163 | 7100-000 | | 16.40 | 3,222.59 |
| 10/29/10 | 10110 | eCAST Settlement Corporation assignee of Capital | 6.26% dividend on Claim # 9, Ref: 5291-1513-8307-4760 | 7100-000 | | 103.05 | 3,119.54 |
| 10/29/10 | 10111 | Chase Bank USA, N.A. | 6.26% dividend on Claim # 10, Ref: 4366-6700-0207-1926 | 7100-000 | | 160.38 | 2,959.16 |
| 10/29/10 | 10112 | FIA CARD SERVICES, N.A. | 6.26% dividend on Claim # 11, Ref: 4888-9380-7314-4362 | 7100-000 | | 281.96 | 2,677.20 |
| 10/29/10 | 10113 | FIA CARD SERVICES, N.A. | 6.26% dividend on Claim # 12, Ref: 3746-327097-40342 | 7100-000 | | 538.34 | 2,138.86 |
| 10/29/10 | 10114 | Chase Bank USA, N.A. | 6.26% dividend on Claim # 13, Ref: 4104-1300-0925-4469 | 7100-000 | | 571.22 | 1,567.64 |
| 10/29/10 | 10115 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,567.64 | 0.00 |
| | | | Dividend paid 100.00%    1,550.24 on $1,550.24;  Claim# A; Filed: $1,550.25 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    17.40 on $17.40;  Claim# B; Filed: $17.40 | 2200-000 | | | 0.00 |

Subtotals :    $8,000.59    $8,000.59

{} Asset reference(s)

Printed: 12/01/2010 08:20 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 09-06356  
**Case Name:** JIMENEZ, JESUS  
JIMENEZ, REBECA  
**Taxpayer ID #:** **-***7822  
**Period Ending:** 12/01/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******82-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 8,000.59 | 8,000.59 | $0.00 |
| | | | Less: Bank Transfers | | 8,000.59 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 8,000.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $8,000.59 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****82-65** | 4,667.26 | 0.00 | 0.00 |
| **Checking # ***-*****82-66** | 0.00 | 1.92 | 0.00 |
| **MMA # 9200-******82-65** | 3,335.25 | 0.00 | 0.00 |
| **Checking # 9200-******82-66** | 0.00 | 8,000.59 | 0.00 |
| | $8,002.51 | $8,002.51 | $0.00 |

{} Asset reference(s)

Printed: 12/01/2010 08:20 AM    V.12.54